NATIONAL STATE BANK, PLAINTIFF IN ERROR, v. TRUSTEES OF FIRST PRESBYTERIAN CHURCH, DEFENDANTS IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see 28 *Vroom* 27.

*29 Vroom.*      McNeal Foundry Co. v. Lippincott.

For the plaintiff in error, *George W. Hubbell* and *Frederic W. Stevens.*

For the defendants in error, *Thomas N. McCarter.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DEPUE, GUMMERE, LUDLOW, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SMITH. 9.

*For reversal*—None.